No. 86–583. AUSTIN ET AL. *v.* LEXINGTON INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 86–585. ALLEN ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., Orange County. Certiorari denied.

No. 86–588. AETNA CASUALTY & SURETY CO. *v.* SMITH PLUMBING, INC., DBA WHITE MOUNTAIN SUPPLY CO. Sup. Ct. Ariz. Certiorari denied.

No. 86–590. UNIVERSAL CITY STUDIOS, INC. *v.* NINTENDO CO., LTD., ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–593. NOWELL, THROUGH HIS MOTHER AND NEXT FRIEND, NOWELL, ET AL. *v.* UNIVERSAL ELECTRICAL CO. C. A. 5th Cir. Certiorari denied.

No. 86–598. RAND ET AL. *v.* ANACONDA-ERICSSON, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–599. SPIEGEL *v.* CONTINENTAL ILLINOIS NATIONAL BANK ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–600. ENVIRONMENTAL CONTROL BOARD OF THE CITY OF NEW YORK ET AL. *v.* STERLING ET AL. C. A. 2d Cir. Certiorari denied.

No. 86–633. POTISOPHON ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–650. ROBINSON *v.* KENTUCKY. Cir. Ct. Ky., Campbell County. Certiorari denied.

No. 86–653. RENNA *v.* CITY COUNCIL OF THE CITY OF SARATOGA, CALIFORNIA, ET AL. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 86–655. GOULD *v.* MUTUAL LIFE INSURANCE COMPANY OF NEW YORK. C. A. 9th Cir. Certiorari denied.